# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **SAEED MOHAMMED SALEH HATIM, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-cv-1429 (RCL)** |
| | ) | |
| **BARACK H. OBAMA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## ORDER

In light of the status conference held before this Court on September 6, 2013, and upon the petitioners' motion, it is hereby

**ORDERED** that the dates set out in the Scheduling Order [415] adopted by this Court on May 3, 2013, are hereby suspended, with the exception of the date for the hearing on petitioner Hatim's habeas petition scheduled for 10:00 a.m. on December 18, 2013. The Court shall continue to reserve the December 18 hearing date for this matter. And it is further

**ORDERED** that, within 90 days of this date, but as soon as possible, the parties shall file status reports on this matter including proposals for a new schedule; and it is further

**ORDERED** that, within 30 days of this date, the government shall provide the petitioners with a declassified copy of the amended factual return and exhibits filed with the Classified Information Security Officer on August 30, 2013.

**SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on September 6, 2013.